# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-4057

_____

Justin J. Clark,                           *

        *

        Appellant,               *

        *

      v.                    *

        *

County of Brookings, individually and  *

in its official capacity; Leeann Pierce,  *

Magistrate, individually and in her   *  Appeal from the United States

official capacity; Clyde R. Calhoon,  *  District Court for the

States Attorney, individually and in   *  District of South Dakota.

his official capacity; Daniel Mielke,  *

CSO, individually and in his official  *    [UNPUBLISHED]

capacity; K. Swearington, Police    *

Officer, individually and in his      *

official capacity; Randal Hofer,     *

Complainant, individually and in    *

his official capacity,            *

        *

        Appellees.           *

_____

Submitted:  September 7, 1999
Filed:   September 16, 1999

_____

Before BOWMAN, FAGG, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Justin J. Clark appeals following the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action arising from his arrest and conviction for a state offense. Having carefully reviewed the record and the parties' briefs, we affirm for the reasons stated in the district court's opinion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable John B. Jones, United States District Judge for the District of South Dakota.